ALBERT R. GALLOWAY, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Galloway* v. *Erie R. R. Co.*, 116 App. Div. 777, affirmed.
(Argued April 9, 1908; decided April 24, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 24, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover damages alleged to have been occasioned by delay in the transportation of a car of cattle.

*Henry Bacon* for appellant.

*M. N. Kane* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ. Not sitting: VANN, J.